UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CARDELL HAYES, ET AL**                                **CIVIL ACTION**

**VERSUS**                                              **NUMBER: 06-2917 c/w 11-1947**

**CITY OF NEW ORLEANS, ET AL**                          **SECTION: "B"(5)**

**ORDER OF DISMISSAL**

The Court having been advised by counsel for all parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and is hereby **DISMISSED** without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.  The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.**

New Orleans, Louisiana, this 23rd day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE